

# THE THIRTEENTH COURT OF APPEALS

## 13-20-00269-CV

PABLO MARTINEZ CANO
v.
SILVIA ESTELA MARTINEZ, SYLVIA ESTELA GUERRA MARTINEZ,
AND MAURICIO GUERRA MARTINEZ

On Appeal from the
275th District Court of Hidalgo County, Texas
Trial Court Cause No. C-0565-20-E

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against the party incurring the same.

We further order this decision certified below for observance.

April 21, 2022